SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 14 2018

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | Criminal No. 4:18-CR-00012 -7 |
| | ) | |
| JERMAY ANTONIO SMITH | ) | **SEALED** |

Your petitioner, United States of America, by Ronald M. Huber, Managing Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon an indictment charging Title 18 U.S.C. § 1962(d); 18 U.S.C. § 1959(a)(1); 18 U.S.C. § 924(j); 18 U.S.C. § 1959(a)(5); 18 U.S.C. § 924(c)(1)(A)(iii); and 18 U.S.C. § 1959(a)(3).

2. That the presence of the said defendant before the United States Magistrate Court for the Western District of Virginia at Roanoke, Virginia, scheduled for an initial appearance on June 14, 2018 at 2:30 p.m. is necessary and he is now in custody of Danville City Jail Farm, Danville, Virginia 24540.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: 6/13/2018

Assistant United States Attorney

*********************************************************************************

TO: Danville City Jail Farm, 1000 South Boston Road, Danville, Virginia 24540
(434) 773-8100

IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434)293-4283.

GREETINGS:

WE COMMAND YOU that you surrender the body of JERMAY ANTONIO SMITH detained in the Danville City Jail Farm, under your custody as it is said, to the United States

Marshal for the Western District of Virginia, or Special Agent Phil Alhusen, Federal Bureau of Investigation, and another deputized agent, who shall bring the defendant before the Court at the above time and place, to the end that his body will be before the United States Magistrate Court for the Western District of Virginia, at Roanoke, Virginia, on the 14th day of June, 2018, at 3:30 2:30 p.m., or at such other time or times as the Magistrate Court may direct.

ENTER: This 12th day of June 2018.

United States Magistrate Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Danville City Jail Farm and remove therefrom the body of JERMAY ANTONIO SMITH and produce him under safe and secure conduct before the United States Magistrate Court for the Western District of Virginia, at Roanoke, Virginia, on the 14th day of June, 2018, at 2:30 3:30 p.m., or at such other time or times as the Magistrate Court may direct.

JULIA C. DUDLEY
CLERK OF COURT

BY: HMcDonald
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of June, 2018.

BY: _____
United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of June, 2018.

BY: _____
United States Marshal/Deputy

SENTENCED STATE PRISONER:    Yes

2