IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 4:18-CR-00012 |
| V. | ) | |
| | ) | |
| JERMAY ANTONIO SMITH, JR. | ) | |

## NOTICE OF APPEARANCE

Matthew Miller, Assistant United States Attorney, for the Western District of Virginia, hereby notes his appearance as counsel in this case for the United States of America.

        Respectfully submitted,

        THOMAS T. CULLEN
        UNITED STATES ATTORNEY

Dated: June 7, 2019        s/Matthew Miller
        Assistant United States Attorney
        VSB #43034
        United States Attorney's Office
        P.O. Box 1709
        Roanoke, VA 24008
        TEL (540) 857-2250
        Matthew.miller2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2019, I have electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        s/ Matthew Miller
        Assistant United States Attorney