DATE 6/7/19
BY _____
DEPUTY CLERK
_____ DIVISION, W.D. of VA

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 4:18-cr-00012 |
| ) | |
| JERMAY ANTONIO SMITH, JR. ) | |
| a/k/a "Little Trill" ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations contained in Count 1 of the Indictment and the following facts are true and correct, and that had this matter gone to trial, the United States would have proven each of these facts beyond a reasonable doubt.

At all times relevant to the Indictment, JERMAY ANTONIO SMITH, JR., a/k/a "Little Trill," (hereinafter "SMITH") was a member of the criminal organization, the Millas ("Millas"), which is a street gang affiliated with the New York Bloods Nation street gang. Since at least sometime in or about 2015, the Millas have been active in the Western District of Virginia and have engaged in criminal activity, including but not limited to murder and attempted murder, assault resulting in bodily injury, assault with a dangerous weapon, robbery, obstruction of justice, drug distribution and trafficking, and conspiracy to commit those crimes.

The Millas, including its leadership, membership, and associates, constitutes an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated-in-fact. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise has engaged in, and its activities have affected, interstate and foreign commerce.

The purposes of the enterprise, of which SMITH was a member, include promoting and enhancing the enterprise, and enriching its members and associates through, among other things, acts of violence, including murder, trafficking in firearms, and trafficking in controlled substances, and the enforcement of discipline among the members; to providing assistance to members of the enterprise who committed crimes for and on behalf of the enterprise; and to thwarting efforts of law enforcement to apprehend enterprise members.

Beginning in February 2016, SMITH was a member of the Millas. SMITH's initiation into the Millas involved a mandatory 21-second beat-in which occurred at the trap house on Lee Street, in Danville, Virginia which is located in the Western District of Virginia. Present for the beat-in were Jalen Terry (a/k/a "Fats"), Tredarius Keene (a/k/a "Bubba"), Melik Smith (a/k/a

*Defendant's Initials:* JAS

Case 4:18-cr-00012-MFU-RSB   Document 368   Filed 06/07/19   Page 1 of 11   Pageid#: 1659

FILED IN OPEN COURT
DATE _____
BY _____
    DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )   Criminal Action No. 4:18-cr-00012
                                    )
DURMAY ANTONIO SMITH, JR.,          )
a/k/a "Little Trill"                )
                                    )

## STATEMENT OF FACTS

The parties stipulate that the allegations contained in Count 1 of the Indictment and the following Facts are true, and correct, and that had this matter gone to trial, the United States would have proven each of these facts beyond a reasonable doubt.

At all times relevant to the Indictment, DURMAY ANTONIO SMITH, JR., a/k/a "Little Trill" (hereinafter "SMITH") was a member of the criminal organization, the Millas ("Millas"), which is a street gang affiliated with the New York Bloods Pirus gang. Since at least sometime in or about 2015, the Millas have been active in the Western District of Virginia and have engaged in criminal activity, including but not limited to murder and attempted murder, assault resulting in bodily injury, assault with a dangerous weapon, robbery, obstruction of justice, drug distribution and trafficking, and conspiracy to commit these crimes.

The Millas, including its leadership, membership, and associates, constitutes an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated-in-fact. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise has engaged in, and its activities have affected, interstate and foreign commerce.

The purposes of the enterprise of which SMITH was a member include, promoting and enhancing the enterprise and enriching its members through, as set forth through, acts of violence, including murder, trafficking in firearms, and trafficking in controlled substances, and the enforcement of discipline among the members to provide assistance to members of the enterprise who commit crimes for and on behalf of the enterprise, and to otherwise effect law enforcement from apprehending various past members.

Beginning in February, 2016, SMITH was a member of the Millas ("Millas") and within two the Millas involved a manslaughter second shooting occurred at the trap house on Lee Street, in Danville, Virginia, which is located in the Western District of Virginia. Present for the break-in were Jason Terry Lakes "Trill", Tralius Keene (a/k/a "Burkes"), Malik Smith (a/k/a

Defendant's Initials: _____

Page 1 of 5

"Shoota"), Wydarius Brandon (a/k/a "Gleesh"), and others. Jalen Terry (a/k/a "Fats") was the responsible timekeeper and was generally in charge of the event. At later dates, SMITH participated in the "beat-ins" of new members, including Javontay Holland (a/k/a "Tay"), Montez Allen (a/k/a "Doc"), and others. SMITH was involved in murder and attempted murders committed by the enterprise, as well as drug trafficking committed by the enterprise.

From February 2016, in the Western District of Virginia and elsewhere, SMITH, while associated with the Millas, did knowingly and intentionally conspire and agree with other members or associates of the Millas to conduct and participate in, directly and indirectly, the affairs of the Millas through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Sections 1961(1) and 1961(5), including but not limited to murder and attempted murder, gun trafficking, robberies, and conspiracy to distribute controlled substances.

In furtherance of the conspiracy and to achieve its objectives, SMITH performed and caused to be performed certain racketeering acts in the Western District of Virginia and elsewhere. The racketeering acts performed by SMITH included, but are not limited to:

### A. Shooting at Tyliek Conway (aka "Smooth")

Sometime in or around February 2016, Tyliek Conway (a/k/a "Smooth") and others drove through the "800," a neighborhood known as the territory of the Millas and the Rollin 60s Crips. The neighborhood is located in Danville, Virginia, which is in the Western District of Virginia. Conway was a member of the rival Billys gang, which is another set of the national Bloods street gang. While driving through the "800," in what was perceived as a sign of disrespect, Conway saw SMITH and other members of the Millas and Rollin 60s Crips and began firing at them. The day following, SMITH, Wydarius Brandon (a/k/a "Gleesh"), Laquante Adams (a/k/a "Spazz"), and Melik Smith (a/k/a "Shoota") observed Conway's vehicle in front of a house in the "800." Brandon and Melik Smith are also members of the Millas. Upon seeing Conway looking through the window of the house, SMITH, Brandon, Adams, and Melik Smith began firing at Conway, striking the residence but not Conway. This shooting at Conway was in retaliation for his having shot at them the day before and because Conway's presence in the "800" was perceived as disrespecting the Millas.

### B. Meeting of the Milla Bloods and the Rollin 60s Crips

A few days before the August 20, 2016 shooting, members of the Millas and Rollin 60s Crips agreed to and met at the residence of Sticcs' mother on Forestlawn Drive in Danville, Virginia, which is located in the Western District of Virginia. "Sticcs" is the nickname for Marcus Davis, who is a member and the "Big Homie" of the Rollin 60s Crips in Danville. At some point before the meeting, Jalen Terry (a/k/a "Fats") contacted SMITH and directed him to be there. At the meeting, members of the Millas were present, including the following individuals, among others:

Jalen Terry (a/k/a "Fats")
Javontay Holland (a/k/a "Tay")
*Defendant's Initials:* JAS

"Lil' Steve"), Wydarius Brandon (a/k/a "Wdosh"), and others. Jalen Terry (a/k/a "Fate") was the responsible drugkeeper and was generally in charge of the event. At later dates, SMITH participated in the "beat-ins" of new members, including Javontay Holland (a/k/a "Tay") and [illegible] Allen (a/k/a "Ace"), and others. SMITH was involved in murders and attempted murders committed by the enterprise, as well as drug trafficking committed by the enterprise.

From February 2015, in the Western District of Virginia and elsewhere, SMITH, while associated with the Millas, did knowingly and intentionally conspire and agree with other members or associates of the Millas to conduct and participate in, directly and indirectly, the affairs of the Milla through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Sections 1961(1) and 1961(5), including but not limited to murder and attempted murder, gun trafficking, robberies, and conspiracy to distribute controlled substances.

In furtherance of the conspiracy and to achieve its objectives, SMITH performed and caused to be performed certain racketeering acts in the Western District of Virginia and elsewhere. The racketeering acts performed by SMITH included, but are not limited to:

A. Shooting at Malik Conway (a/k/a "Smooth")

Sometime in or around February 2016, Malik Conway (a/k/a "Smooth") and others drove through the "800," a neighborhood known as the territory of the Millas and the Rollin 60s Crips. The neighborhood is located in Danville, Virginia, which is in the Western District of Virginia. Conway was a member of a rival Bloods gang, which is another set of the national Bloods street gang. While driving through the "800," in what was perceived as a sign of disrespect, Conway saw SMITH and other members of the Millas and Rollin 60s Crips and began firing at them. The day following, SMITH, Wydarius Brandon (a/k/a "Wdosh"), Laurence Adams (a/k/a "Speed"), and Malik Smith (a/k/a "Shoota") observed Conway's vehicle in front of a house in the "800." Brandon and Malik Smith are also members of the Millas. Upon seeing Conway looking through the window of the house, SMITH, Brandon, Adams and Malik Smith began firing at Conway, striking the residence but not Conway. This shooting at Conway was in retaliation for his having shot at them the day before and because Conway's presence in the "800" was perceived as disrespecting the Millas.

B. Meeting of the Milla Bloods and the Rollin 60s Crips

A few days before the August 20, 2016 shooting, members of the Millas and Rollin 60s Crips agreed to and met at the residence of Stacey's mother on Lovelace Drive in Danville, Virginia, which is located in the Western District of Virginia. "Stacey" is the nickname for Marcus Davis, who is a member and the "Big Homie" of the Rollin 60s Crips in Danville. At some point before the meeting, Jalen Terry (a/k/a "Fate") contacted SMITH and directed him to be there. At the meeting, members of the Millas were present, including the following individuals, among others:

Jalen Terry (a/k/a "Fate")
Javontay Holland (a/k/a "Tay")
Defendant's initials: ______

Melik Smith (a/k/a "Shoota")
DeShawn Anthony (a/k/a "Shon Don")
Tredarius Keene (a/k/a "Bubba" or "Bubs")
Wydarius Brandon (a/k/a "Gleesh" or "D")
Demetrius Staten (a/k/a "Truck")
Jermay Smith, Jr. (a/k/a "Little Trill")
Justin Simmons (a/k/a "Justo")
Tanasia Coleman (a/k/a "Nasia")
Jay Terry (Fat's brother)

At this time, Anthony was the "Big Homie" of the Millas.

Also at the meeting, Rollin 60s Crips gang members were present, including the following individuals, among others:

Stevie Johnson (a/k/a "No Good")
Laquante Adams (a/k/a "Spazz" or "Quante")
Brian Crutchfield (a/k/a "Crutch")
Tyson Bowens (a/k/a "Ty Sav" or "Ty Banks")
Phillip Miles (a/k/a "R")
Deshaun Trent (a/k/a "Six" or "DaDa")
Kanas Trent (a/k/a "LA")
Kevin Trent (a/k/a "Bad Ass," "Gates," or "SixOwe")
Shabba Chandler (a/k/a "Trill")
Marcus Davis (a/k/a "Sticcs")

At the meeting, Davis and Anthony discussed different topics and issues, including that the two gangs should work together to sell drugs and buy guns.

### C. Murder of Christopher Motley and Attempted Murder of Justion Wilson (August 20, 2016)

In the summer of 2016, members of the Rollin 60s Crips and Milla Bloods street gangs "tied the flag" in order to facilitate their criminal activities in the Danville, Virginia area. Many of the members of both gangs were from the same neighborhood, the "800." The Billys, a rival Bloods gang that is a set of the 9-Trey Bloods, was a common enemy. On August 20, 2016, SMITH conspired with members of his own gang and members of the Rollin 60s to kill the head of the Billys (Stevie Wallace a/k/a "Peter Roll"). During this time period, SMITH understood that Wallace and other Billys were to be killed on sight.

On August 20, 2016, multiple meetings occurred between members of the Rollin 60s and the Millas. At least one of these meetings occurred at the apartment of Ashley Ross, who is an associate or member of the Rollin 60s. Ross's apartment is located in the Southwyck Apartment complex, which is in Danville, Virginia and which is located in the Western District of Virginia. Southwyck Apartments are often referred to as "North Hills Court." In general,

*Defendant's Initials:* JRS

Page 3 of 6

Case 4:18-cr-00012-MFU-RSB Document 368 Filed 06/07/19 Page 5 of 11 Pageid#: 1663

Mark Smith (a/k/a "Shoon")
Deshawn Anthony (a/k/a "Black Dot")
Leontus Keene (a/k/a "Bubba" or "Hub")
Wydesmi Brandon (a/k/a "[illegible]" or "P")
Demetrius Sutton (a/k/a "Buck")
Jeremy Smith, Jr. (a/k/a "Little [illegible]")
Justin Simmons (a/k/a "Hush")
Thomas Coleman (a/k/a "Nano")
Jay [illegible] (Jay's brother)

At this time, Anthony was the "Big Homie" of the Millas.

Also at the meeting, Rollin 60s Crips gang members were present, including the following individuals among others:

Travis Johnson (a/k/a "Slim [illegible]")
Laquan Adams (a/k/a "Spazz" or "Quaze")
Jakari Lockfield (a/k/a "Clutch")
Tyson Batson (a/k/a "Ty Sav" or "Ty Baby")
Phillip Miller (a/k/a "K")
[illegible] Trent (a/k/a "Slick" or "Dab")
[illegible] Trent (a/k/a "A")
Kevin Trent (a/k/a "[illegible]," "Gates," or "[illegible]")
Shabazz Hawkins (a/k/a "[illegible]")
Marcus Davis (a/k/a "Nukes")

At the meeting, Davis and Anthony discussed different topics and issues, including that the two gangs would work together to sell drugs and buy guns.

C. Murder of Christopher Motley and Attempted Murder of Jaylan Wilson (August 20, 2016)

In the summer of 2016, members of the Rollin 60s Crips and Milla Bloods street gangs used the [illegible] in order to facilitate their criminal activities in the Danville, Virginia area. Many of the members of both gangs were from the same neighborhood, the "800" [illegible]. Billy, a rival Bloods gang that is a set of the 9-Trey Bloods, was a common enemy. On August 20, 2016, SMITH conspired with members of his own gang and members of the Rollin 60s to kill the head of the Billys, Stevie Wallace, a/k/a "Face Bull." During this time period, SMITH understood that Wallace and other Billys were to be killed on sight.

On August 20, 2016, multiple meetings occurred between members of the Rollin 60s and the Millas. At least one of these meetings occurred at the apartment of Ashley Ross, who is an associate of members of the Rollin 60s. Ross's apartment is located in the Southwyck Apartment complex, which is in Danville, Virginia and which is located in the Western District of Virginia. Southwyck Apartments are often referred to as "North Hills Court." In general, Defendants [illegible]

the plan was to lure Wallace (and his second-in-command or other Billys) to Southwyck Apartments, where various gang members were fanned out around the complex and an adjoining parking lot, armed and prepared to shoot Wallace to death.

At approximately 10:27 p.m., on August 20, 2016, a van drove into the apartment complex, which caused multiple gang members to begin shooting from different directions. Some individuals were standing in the window of Ross's apartment, which faces the parking lot. SMITH and other gang members were located in various locations in front of and adjacent to the various apartment buildings and parking lot, and some gang members were located near a trash dumpster in the parking lot in front of Ross's apartment. One of the occupants of the van, Christopher Motley, was killed in the gunfire. The driver of the van, Justion Wilson, was not injured. After the shooting ended, SMITH and Rollin 60s member Stevie Johnson ran up to Justion Wilson. SMITH could see Motley's body from where he was standing.

After the murder, members of the Millas and Rollin 60s fled into apartments in the apartment complex and from the Southwyck Apartments to various locations in and around Danville, Virginia. Specifically, after the shooting, SMITH ran across the parking lot, and through the woods adjacent to the apartment complex. At some point, SMITH tried to get into a vehicle occupied by Demetrius Staten (a/k/a "Truck"), Staten's wife, and others, but it was too full and the car pulled off. At some point in the woods, SMITH encountered Kanas Trent (a/k/a "LA") who was also running from the shooting scene. While running, Kanas Trent tripped and fell in a ditch. Trent handed his Glock pistol to SMITH, who subsequently also tripped, causing the firearm to discharge. SMITH and Kanas Trent exited the woods in the vicinity of the Southern Virginia Mental Health Institute ("SVMHI") and climbed over the hospital's fence. They ran towards Taylor Drive, where they saw a police car. They then retreated back into the woods. Eventually Mya Betts, Kanas Trent's girlfriend, picked-up SMITH and Kanas Trent and drove them to Kanas Trent's residence. While at the residence, SMITH and Kanas Trent changed clothes. Betts then drove SMITH and Kanas Trent to the "800" neighborhood. SMITH had his gun with him at all times.

The following Millas members were present at Southwyck Apartments before and during the shooting:

    Javontay Holland (a/k/a "Tay")
    Melik Smith (a/k/a "Shoota")
    DeShawn Anthony (a/k/a "Shon Don")
    Tredarius Keene (a/k/a "Bubba" or "Bubs")
    Demetrius Staten (a/k/a "Truck")
    Jermay Smith, Jr. (a/k/a "Little Trill")

Tanasia Coleman (a/k/a "Nasia"), who is also a member of the Millas, was located inside Ashley Ross's apartment before and during the shooting.

The following Rollin 60s Crips members were present at Southwyck Apartments before and during the shooting:

*Defendant's Initials:* JAS

Stevie Johnson (a/k/a "No Good")
Laquante Adams (a/k/a "Spazz" or "Quante")
Phillip Miles (a/k/a "R")
Kevin Trent (a/k/a "Bad Ass" or "Gates")
Kanas Trent (a/k/a "LA")
Shabba Chandler (a/k/a "Trill")

Everyone was armed. There may have been others present. Ashley Ross was present inside her apartment before and during the shooting. SMITH cannot remember if Deshaun Trent (a/k/a "Six" or "DaDa") was present at the time of the shooting, although he was at Southwyck Apartments earlier in the day.

### D. Conspiracy to Distribute Controlled Substances

During and in furtherance of the conspiracy, SMITH conspired with others to distribute, and did in fact distribute, marijuana on behalf of the racketeering enterprise. Jalen Terry (a/k/a "Fats"), who is a member of the Milla Bloods and was, at one time, its "Big Homie," supplied SMITH with marijuana to distribute.

Each of the acts set forth in paragraphs A, B, C, and D above furthered the goals and objectives of the enterprise by enriching SMITH and its members, and enhancing the status of SMITH and others within the organization.

The actions taken by SMITH as described above were taken willfully, knowingly, and with the specific intent to violate the law. SMITH did not take those actions by accident, mistake, or with the belief that they did not violate the law. SMITH acknowledges that the purpose of the foregoing statement of facts is to provide an independent factual basis for his guilty plea. It does not necessarily identify all of the persons with whom the defendant might have engaged in illegal activity.

Respectfully submitted,

For Ronald M. Huber
Heather L. Carlton
Assistant United States Attorneys

After consulting with my attorney and pursuant to the plea agreement entered into this day, I stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*Defendant's Initials:* JAS

Page 5 of 6

[illegible] Johnson (aka "N[illegible]")
L[illegible] Adams (aka "[illegible]" or "Grump")
Phillip M[illegible] (aka "R")
Kevin [illegible] (aka "Bad Ass" or "Gates")
James [illegible] (aka "T.A.")
Sheldon Carruter (aka "Tiff")

Everyone was armed. There may have been other persons. Avery Ross was present at the apartment before and during the shooting. SMITH cannot remember if Deshawn [illegible] (aka "[illegible]") was present at the time of the shooting, although he was at Southwest Apartments earlier in the day.

D. Conspiracy to Distribute Controlled Substances

During and in furtherance of the conspiracy, SMITH conspired with others to distribute, and did in fact distribute, marijuana on behalf of the racketeering enterprise. Jalen Terry [illegible], who is a member of the Milla Bloods and was at one time the "Big Homie," supplied SMITH with marijuana to distribute.

Each of the acts set forth in paragraphs A, B, C, and D above furthered the goals and objectives of the enterprise by enriching SMITH and its members, and enhancing the status of SMITH and others within the organization.

The actions taken by SMITH as described above were taken willfully, knowingly, and with the specific intent to violate the law. SMITH did not take those actions by accident, mistake, or with the belief that they did not violate the law. SMITH acknowledges that the purpose of the foregoing statement of facts is to provide an independent factual basis for his guilty plea. It does not necessarily identify all of the persons with whom the defendant might have engaged in illegal activity.

Respectfully submitted,

Ronald M. Huber
Heather L. Carlton
Assistant United States Attorneys

After consulting with my attorney and pursuant to the plea agreement entered into this day, I stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Defendant's Initials: ____

Case 4:18-cr-00012-MFU-RSB Document 368 Filed 06/07/19 Page 10 of 11 Pageid#: 1668

*[signature]*
Jermay Antonio Smith, Jr., Defendant

We are Jermay Antonio Smith, Jr's attorneys. We have carefully reviewed the above Statement of Facts with him. To our knowledge, his decision to stipulate to these facts is an informed and voluntary one.

*[signature]*
Bernadette Donovan, Esq.
Matthew Engle, Esq.
Counsel for Defendant

*Defendant's Initials:* JAS